# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT WEST and NANCY WEST, H/W,** | : CIVIL ACTION |
|     **Plaintiffs,** | : |
|     v. | : NO. 10-4130 |
| **MARRIOTT HOTEL SERVICES, INC. and LWC SERVICES, INC.,** | : |
|     **Defendants.** | : |

## ORDER

**AND NOW**, this 1st day of November, 2010, upon consideration of Plaintiffs' Petition for Remand for Improper Removal (Document No. 4, filed September 14, 2010), Defendant Marriott Hotel Services, Inc.'s Response in Opposition to Plaintiffs' Petition for Remand (Document No. 8, filed September 30, 2010), and Plaintiffs' Reply to the Response of Defendant, Marriott Hotel Services, Inc., to Plaintiffs' Petition for Remand (Doc. No. 12, filed October 4, 2010), **IT IS ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**, and this civil action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

**IT IS FURTHER ORDERED** that the Clerk shall **MARK** the case **CLOSED** for statistical purposes.

                                                    **BY THE COURT:**

                                                  **/s/ Jan E. DuBois**
                                                  **JAN E. DUBOIS, J.**